In the Matter of the Petition of CORA SKINNER, as Administratrix of the Estate of ELBERT D. PARKER, Deceased, Respondent, to Compel SARAH PARKER, as Executrix of GEORGE O. PARKER, Deceased, Appellant, to Account.

*Matter of Skinner*, 81 App. Div. 449, affirmed.
(Argued December 1, 1904; decided December 16, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, made March 13, 1903, which reversed a decree of the Oswego County Surrogate's Court dismissing the petition herein.

*J. T. McCaffrey* and *F. E. Hamilton* for appellant.

*Edwin J. Mizen* and *D. P. Morehouse* for respondent.

Order affirmed, without costs, on the prevailing opinion below.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, HAIGHT and MARTIN, JJ. BARTLETT and VANN, JJ., dissent on the opinion of ADAMS, P. J., below.

---

FRANK EHRENFRIED, as Administrator of the Estate of CHARLES A. EHRENFRIED, Deceased, Appellant, *v.* THE LACKAWANNA IRON AND STEEL COMPANY, Respondent.

*Ehrenfried* v. *Lackawanna Iron & Steel Co.*, 89 App. Div. 130, affirmed.
(Argued December 2, 1904; decided December 16, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 17, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial.

*Thomas A. Sullivan* for appellant.

*Louis L. Babcock* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.